IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| Justin Allen | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 10-672-KI |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| NCO Financial Systems, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is dismissed with prejudice and without costs and with leave, upon good cause shown within 60 days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated.

Dated this 22nd day of July, 2010

                                                MARY L. MORAN, CLERK OF COURT
                                                U.S. DISTRICT COURT,
                                                DISTRICT OF OREGON

                                                /s/ Mary Austad
                                                By:  Mary Austad, Deputy Clerk

Page 1 - ORDER OF DISMISSAL